USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CARMODY BUILDING CORP.,                :        08 Civ. 9633 (SHS)

             Plaintiff,     :

     -against-                           :        ORDER

RICHTER & RATNER CONTRACTING CORP., :
*ET AL.*,
                                    :
             Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for plaintiff present and counsel for defendants Richter & Ratner Contracting Corp., Wild Life Conservation Society, Mark Heiman, Michael Ratner, and counsel for defendant The City of New York present;

       IT IS HEREBY ORDERED that:

       1.     Plaintiff is directed to serve and file the second amended complaint that was filed in New York Supreme Court, Bronx County on or before August 25, 2009;

       2.     The last day to serve any remaining document demands and interrogatories is September 15, 2009;

       3.     Defendants shall answer or move in response to the second amended complaint on or before September 25, 2009;

       4.     The last day for responses to the document demands is October 15, 2009;

      5.     There will be a pretrial conference on November 20, 2009, at 11:30 a.m.;

and

      6.     The last day for completion of depositions is January 29, 2010.

Dated: New York, New York
       August 20, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.